[No. 48354-4-I. Division One. May 6, 2002.]

WALID SHAHIN, ET AL., *Appellants*, v. THE ROUSE COMPANY OF WASHINGTON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-20048-9, Catherine D. Shaffer, J., entered April 6, 2001. *Reversed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Appelwick, J.

[No. 48379-0-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LETALE GIRMAI TESFAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04458-1, Joan E. DuBuque, J., entered April 6, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48439-7-I. Division One. May 6, 2002.]

WEST COAST, INC., *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-02951-8, Ronald L. Castleberry, J., entered April 5, 2001. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Ellington and Appelwick, JJ. Now published at 112 Wn. App. 200.

[No. 48701-9-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHEEM DEMETRIUS HAMILTON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-00972-5, Charles W. Mertel, J., entered May 18 and June 11, 2001. *Affirmed* by unpublished per curiam opinion.